### HENRY v. STATE.
No. 25203.

Court of Criminal Appeals of Texas.

Feb. 28, 1951.

Rehearing Denied April 11, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Failure to stop and render aid is the offense; the punishment, a fine of $500 and confinement in jail for six months.

The record before us contains neither bills of exception nor a statement of facts. Nothing is presented for the consideration of this court.

The judgment of the trial court is affirmed.

Opinion approved by the court.